IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDALLAH HAWA, et al., | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 15-4828 |
| | : | |
| COATESVILLE AREA SCHOOL DISTRICT, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 12th day of February, 2016, upon consideration of Defendant Coatesville Area School District's Partial Motion to Dismiss the Amended Complaint (Doc. No. 22) and the briefing in support thereof and in opposition thereto, it is hereby ORDERED that the Motion is GRANTED IN PART AND DENIED IN PART as follows:

1. Counts II, IV, VI, VII, IX, X and XII of the Amended Complaint are DISMISSED WITH PREJUDICE; and

2. The Motion is DENIED as to Count XIII.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE