IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDALLAH HAWA and<br>TERESA POWELL, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | No. 15-4828 |
| | : | |
| v. | : | |
| | : | |
| COATESVILLE AREA SCHOOL DISTRICT,<br> et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 26th day of February, 2016, upon consideration of the Motion to Dismiss made pursuant to Fed. R. Civ. P. 12 (b) (6) of Defendants Richard Como and Angelo Romaniello (Doc. No. 28), and the briefing in support thereof and in opposition thereto, it is hereby ORDERED that Count II of the Amended Complaint is DISMISSED WITH PREJUDICE as to both Plaintiffs.  It is further ORDERED that Counts I and III of the Amended Complaint are DISMISSED WITHOUT PREJUDICE as to Plaintiff Abdallah Hawa.  Plaintiffs may seek leave to file a Second Amended Complaint within 15 days of the date of this Order. Should Plaintiffs choose to file a motion for leave to amend, a proposed Second Amended Complaint should be submitted along with the motion.


BY THE COURT:


*/s/ Marilyn Heffley*_____
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE