IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDALLAH HAWA and TERESA POWELL, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | NO. 15-4828 |
| | : | |
| v. | : | |
| | : | |
| COATESVILLE AREA SCHOOL DISTRICT, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 4th day of May, 2016, upon consideration of Plaintiffs' Motion for Leave of Court to File a Second Amended Complaint (Doc. No. 56) and Defendant Angelo Romaniello's opposition thereto (Doc. No. 61), it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE