IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDALLAH HAWA and | : | CIVIL ACTION |
| TERESA POWELL, | : | |
| | : | |
| Plaintiffs, | : | No. 15-4828 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| COATESVILLE AREA SCHOOL DISTRICT, | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 12th day of September, 2016, upon consideration of Defendant

Coatesville Area School District's Motion to Quash Subpoenas Served Upon Matthew

Haverstick, Esquire and Conrad O'Brien P.C. (Doc. No. 67), and the briefing in support thereof

and in opposition thereto, IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE