IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDALLAH HAWA, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | NO. 15-4828 |
| COATESVILLE AREA SCHOOL DISTRICT, et al., | : | |
| | : | |
| Defendants. | | |

## ORDER

**AND NOW**, this 16th day of March, 2017, upon consideration of Defendant Coatesville Area School District's Motion for a Protective Order as to Electronically-Stored Information Sought in Discovery by Plaintiffs (Doc. No. 112) and the briefing in support thereof and in opposition thereto, **IT IS HEREBY ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE